Anthony L. Hall, Esq.
Nevada Bar No. 5977
Deanna C. Brinkerhoff, Esq.
Nevada Bar No. 11066
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
ahall@hollandhart.com
dcbrinkerhoff@hollandhart.com
*Attorneys for Defendants*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL PHELPS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MC COMMUNICATIONS, INC., JOHN WEHRMAN and ROBERT HAYES,<br><br>Defendants. | CASE NO.: 2:11-cv-00423-PMP-LRL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES TO RESPOND TO PENDING MOTIONS**<br><br>**(SECOND REQUEST)** |

## STIPULATION

Plaintiff and Defendants, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 4, 2011, Defendants filed their Motion to Dismiss or Stay in Favor of Pending Prior Litigation [Doc. 11]. The original deadline for Plaintiff to respond to this Motion was April 21, 2011, and the parties previously agreed to extend this deadline to April 28, 2011.

2. On April 4, 2011, Plaintiff filed his Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief [Doc. 12]. The original deadline for Defendants to respond to this Motion was April 21, 2011, and the parties previously agreed to extend this deadline to April 28, 2011.

- 1 -

3.     On April 8, 2011, Plaintiff filed his Motion to Sever and Remand Plaintiff's Claims Under Nevada law to the Eighth Judicial District Court of Nevada [Doc. 14].  The original deadline for Defendants to respond to this Motion was April 25, 2011, and the parties previously agreed to extend this deadline to May 2, 2011.

4.     The parties agree that they shall each have an additional five (5) business days to prepare their responses to the above-referenced Motions.  Accordingly, Plaintiff shall have until May 5, 2011 to respond to Defendants' Motion to Dismiss or Stay in Favor of Pending Prior Litigation [Doc. 11], Defendants shall have until May 5, 2011 to respond to Plaintiff's Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief [Doc. 12], and Defendants shall have until May 9, 2011 to respond to Plaintiff's Motion to Sever and Remand Plaintiff's Claims Under Nevada law to the Eighth Judicial District Court of Nevada [Doc. 14].

5.     The reason for this request is that there is a procedural issue in a potentially related case pending in the United States District Court for the Southern District of California (Case No. 3:10-CV-02173-JM(AJB)), on which a decision will likely be reached by plaintiff's counsel in that case shortly.  The parties had anticipated that a decision on this issue would have already occurred; however, it is taking longer than anticipated due to the schedules of counsel in the pending California matter.  A decision on this issue implicates matters in the pending Motions, and may render portions of certain of those Motions moot.  Accordingly, the parties are requesting an additional extension so that they may tailor their briefing to the decision in the pending California matter and its impact on this case.

6.     This is the second request for an extension of these deadlines made by the parties.

7.     The parties further agree that in the event that Plaintiff's Motion for Circulation of Notice of the Pendency of this Action Pursuant to 29 U.S.C. § 216(b) and for Other Relief [Doc. 12] is granted, and a notice of pendency circulates pursuant to such motion, that any consents filed with the Court under the FLSA in response to such notice of pendency shall be deemed, for FLSA statute of limitations purposes, to have been filed 7 days prior to their actual filing with the Court.  This stipulation shall have no impact on the substance of Plaintiff's request that the statute of

limitations be tolled for the period of time that Plaintiff's Motion [Doc. 12] is pending, and Plaintiff agrees that Defendants' agreement to the provisions of this paragraph cannot be used in support of any argument he makes for tolling the FLSA's statute of limitations as presented in his Motion [Doc. 12].

Dated this 27th day of April 2011.                    Dated this 27th day of April 2011.

By: __/s/ Leon Greenberg_____         By: _____/s/ Deanna C. Brinkerhoff_____
    Leon Greenberg, Esq.                                            Anthony L. Hall, Esq.
    Nevada Bar No. 8094                                             Nevada Bar No. 5977
    633 South 4th Street, Suite 4                               Deanna C. Brinkerhoff, Esq.
    Las Vegas, Nevada 89101                                      Nevada Bar No. 11066
    Telephone: 702-383-6085                                      3800 Howard Hughes Pkwy., 10th Floor
    Facsimile: 702-385-1827                                        Las Vegas, Nevada 89169
                                                                                  Telephone: 702-669-4600
    Christian Gabroy, Esq.                                         Facsimile: 702-669-4650
    Nevada Bar No. 8805
    170 South Green Valley Pkwy., Suite 280         *Attorneys for Defendants*
    Henderson, Nevada 89012
    Telephone: 702-259-7777
    Facsimile: 702-259-7704

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  April 28, 2011.

5094387_1.DOCX

- 3 -