UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL PHELPS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MC COMMUNICATIONS, INC., JOHN WEHRMAN, and ROBERT HAYES,<br><br>　　　　　　Defendants. | 2:11-CV-00423-PMP-LRL<br><br><u>ORDER</u> |

　　　　The Court having on May 30, 2014 approved the settlement agreement in this case,

　　　　IT IS ORDERED that this action is administratively closed pending approval of the settlement of a related case in state court.

　　　　IT IS FURTHER ORDERED that counsel for the parties shall advise this Court in writing upon the final approval of Judge Barker in the Eighth Judicial District Court in Clark County, Nevada, whereupon this action shall be ordered closed.

DATED:  July 28, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　United States District Judge