UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL PHELPS,<br><br>    Plaintiff,<br><br>v.<br><br>MC COMMUNICATIONS, INC., JOHN WEHRMAN, and ROBERT HAYES,<br><br>    Defendants. | 2:11-CV-00423-PMP-VCF<br><br>ORDER |

In light of the parties' Notice of Final Approval of State Court Settlement (Doc. #107), as well as this Court's Orders (Doc. ## 105, 106) approving the settlement in this case and notifying the parties that this case would be dismissed upon final approval of the settlement of the related state court case,

IT IS ORDERED that this action is dismissed.

DATED: September 18, 2014

_____
PHILIP M. PRO
United States District Judge